*Pro Se Corporation*
*Pro Se Govt.*

*Default Judgement*
*WHISTLEBLOWER*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Plaintiff(s): Robert W. Johnson,

vs.

Defendant(s): Best Western PLUS, et al.,

Civil Case No.: 5:22-cv-409 (GLS/ML)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: [X] JURY  [ ] COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY - 2 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Robert W. Johnson
   Address: 112 Court St., APT. 2; Watertown, NY 13601

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Best Western PLUS
   Official Position: Pro Se Corporation
   Address: 6605 Old Collamer Road South East Syracuse, NY 13057;
   315-463-6443

d. Jackie Stevens: Pro Se Corporation Employee: 6605 Old Collamer Road South; East Syracuse, NY 13057.

e. Jefferson County Department of Social Services: Pro Se Govt.: 250 Arsenal St.; Watertown, NY 13601.

f. Teresa Gaffney: Pro Se Govt.: 250 Arsenal St.; Watertown, NY 13601.

g. Deborah Labadini: Pro Se Govt.: 250 Arsenal St.; Watertown, NY 13601.

h. The WorkPlace: Pro Se Govt.: 250 Arsenal St.; Watertown, NY 13601.

i. Tracy Eveleigh: Pro Se Govt.: 250 Arsenal St.; Watertown, NY 13601.

j. M. Burns: Pro Se Govt.: 250 Arsenal St.; Watertown, NY 13601.

k. Kathy Hochul: Pro Se Govt. Employee: State Capitol; Albany, NY 12224.

l. Robert J. Rodriguez: Pro Se Govt. Employee: State Capitol; Albany, NY 12224.

m. Georgeann Stevenson: Pro Se Govt. Employee: State Capitol; Albany, NY 12224.

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

b.  Defendant: Nikki Gardner
    Official Position: Pro Se Corp. Employee
    Address: 6605 Old Collamer Road South
    East Syracuse, NY 13057;
    315-463-6443

c.  Defendant: Will Mawson
    Official Position: Pro Se Corp. Employee
    Address: 6605 Old Collamer Road South
    East Syracuse, NY 13057;
    315-463-6443

Additional Defendants may be added on a separate sheet of paper.

4.                                   **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On 04/07/2022 M. Burns, Jefferson County Department of Social Services, Teresa Gaffney, Deborah Labadini, The WorkPlace, Tracy Eveleigh, Kathy Hochul, Robert J. Rodriguez & Georgeann Stevenson authorized an action for Robert W. Johnson to receive assistance to meet an immediate need or a special

4. FACTS

allowance specifying that the above-said can assist with emergency housing if Robert W. Johnson finds a facility that will accept Robert W. Johnson and agency payment. On 04/26/2022 Robert W. Johnson was denied housing/shelter services by Best Western PLUS, Nikki Gardner, Will Mawson & Jackie Stevens and no valid reasons were given after Robert W. Johnson presented the documents to receive housing/shelter services.

Updated 12/22/20

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

## PRIVACY NOTICE

The Federal Judiciary makes documents available electronically through the Court's Case Management Electronic Case Filing System (CM/ECF). **Documents filed by *Pro Se* parties will be electronically scanned and uploaded into CM/ECF.** The content of those documents will also be made available on the Court's Internet webpage via PACER (Public Access to Court Electronic Records). Any subscriber to PACER will be able to read, download, store and print the full contents of the electronically-filed documents. The Clerk's Office is not posting documents sealed or otherwise restricted by court order (See also General Order #22).

You should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. You must remember that any personal information not otherwise protected will be made available over the Internet via PACER. If sensitive information must be included, the following personal identifiers must be partially redacted from the document, whether it is filed traditionally or electronically:

- ✓ **Social Security Numbers and Taxpayer Identification Numbers**. If an individual's social security number or taxpayer identification number must be included in a document, only the last four digits of that number should be used.

- ✓ **Names of Minor Children**. If the involvement of a minor child must be mentioned, only the initials of that child should be used.

- ✓ **Dates of Birth**. If an individual's date of birth must be included in a document, only the year should be used.

- ✓ **Financial Account Numbers**. If financial account numbers are relevant, only the last four digits of these numbers should be used.

- ✓ **Home Addresses**. If home addresses must be used, use only the City and State.

- ✓ **Names of Sexual Assault Victims**: If the involvement of a sexual assault victim must be mentioned, use only information that does not tend to identify the victim, redacting the name to "Victim 1", "Victim 2", etc.

It is the sole responsibility of the pro se litigant and/or counsel to be sure that all documents comply with the Federal Rules and the rules of this Court requiring redaction of personal identifiers. **The Clerk will not review each document for compliance with this rule.** See Fed.R.Civ.P. Rule 5.2 and Civil Local Rule 5.2 for civil cases and Fed.R.Crim.P. Rule 49 and Criminal Local Rule 49.1 for criminal cases for the complete rule. **Papers not in compliance with this rule may be stricken from the record.**

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

M. Burns, Jefferson County Department of Social Services, Teresa Gaffney, Deborah Labadini, The Workplace, Tracy Eveleigh, Kathy Hochul, Robert J. Rodriguez & Georgeann Stevenson breached all contracts and responsibilities.

**SECOND CAUSE OF ACTION**

Best Western PLUS, Nikki Gardner & Will Mawson and Jackie Stevens denied Robert W. Johnson housing/shelter with no valid reasons after Plaintiff presented contractual records for payment.

**THIRD CAUSE OF ACTION**

Robert W. Johnson was discriminated against by all defendants and denied Due Process Rights with no policy supported documents.

LDSS-4002 (Rev. 5/16)

| NAME: | ADDRESS: | CASE NUMBER: |
|---|---|---|
| JOHNSON ROBERT | JOHNSON ROBERT<br>112 COURT STREET APT 2<br>WATERTOWN NY 13601 | P138940 |

## CONFERENCE AND FAIR HEARING SECTION - DO YOU THINK WE ARE WRONG?

If you think our decision was wrong, you can ask for a review of our decision. We will correct our mistakes. You can do both 1 and 2:
  1. Ask for a meeting (conference) with one of our supervisors;   2. Ask for a State fair hearing with a State hearing officer.

The Office of Temporary and Disability Assistance (OTDA) policy issuances and manuals are posted on the OTDA website at otda.ny.gov/legal. These issuances and manuals are available to you or your representative to determine whether a fair hearing should be requested or to prepare for a fair hearing. In addition, upon request to your local social services district, specific OTDA policy issuances and manuals will also be available to assist you or your representative.

1. **CONFERENCE** (Informal meeting with us) If you think our decision was wrong, or if you do not understand our decision, please call us to set up a meeting. To do this, call the conference phone number on the front of this notice or write to us at the address on the front of this notice. Sometimes this is the fastest way to solve any problem you may have. We encourage you to do this even when you have asked for a fair hearing.

2. **STATE FAIR HEARING** - You have the following number of days from the date of this notice to ask for a fair hearing:

| BENEFIT AREA | TIME LIMIT |
|---|---|
| Public Assistance, Medical Assistance, Social Services | 60 days |
| SNAP Benefits | 90 days |

If this notice is telling you that you must repay Public Assistance because you signed a repayment agreement, or because the shelter arrears that DSS agreed to pay is more than the DSS shelter maximum, and if you do not agree that you must repay or you do not agree with the amount DSS says you must repay, you must call for a fair hearing. If you do not call for a fair hearing, you cannot claim in the future that any agency's decision that you owe the debt was wrong. The time limit for calling for a fair hearing on the issue of the repayment is the same as the limit for any Public Assistance action this notice is telling you about, 60 days.

**HOW TO ASK FOR A FAIR HEARING:** You can ask for a fair hearing by mail, by phone, by fax or online.

*Mail:* Send a copy of this notice *completed* to the Office of Administrative Hearings, New York State Office of Temporary and Disability Assistance, P.O. Box 1930, Albany, New York 12201. Please keep a copy for yourself.

☐ I want a fair hearing. I do not agree with the agency's action. (You may explain why you disagree below, but you do not have to include a written explanation.)

_____
_____
_____
_____

*Phone:* **800-342-3334**  (PLEASE HAVE THIS NOTICE WITH YOU WHEN YOU CALL).

*Fax:* Fax a copy of the front and reverse of this notice to: **(518) 473-6735** or

*Online:* Complete an online request form at:  http://www.otda.ny.gov/oah/forms.asp

If you cannot reach the New York State Office of Temporary and Disability Assistance by phone, by fax or online, please write to ask for a fair hearing before the deadline.

**WHAT TO EXPECT AT A FAIR HEARING:**

The State will send you a notice that tells you when and where the fair hearing will be held.

At the hearing, you will have a chance to explain why you think our decision is wrong. You can bring a lawyer, a relative, a friend or someone else to help you do this. If you cannot come yourself, you can send someone to represent you. If you are sending someone who is not a lawyer to the hearing instead of you, you must give this person a letter to show the hearing officer that you want this person to represent you at the hearing.

At the hearing, you and your lawyer or other representative will have a chance to explain why we are wrong and a chance to give the hearing officer written papers that explain why we are wrong.

To help you explain at the hearing why you think we are wrong, you should bring any witnesses who can help you. You should also bring any papers you have, such as: pay stubs, leases, receipts, bills, doctor's statements.

At the hearing, you and your lawyer or other representative can ask questions of witnesses which we bring or which you bring to help your case.

IF YOUR SITUATION IS EXTREMELY SERIOUS, THE STATE WILL ATTEMPT TO PROCESS YOUR REQUEST FOR A FAIR HEARING AS QUICKLY AS POSSIBLE. IF YOU CALL TO REQUEST A FAIR HEARING, PLEASE BE PREPARED TO EXPLAIN YOUR SITUATION TO THE PERSON WHO ANSWERS THE PHONE. IF YOU WRITE, FAX OR CONTACT US ONLINE INSTEAD, PLEASE BE SURE TO EXPLAIN YOUR SITUATION.

**LEGAL ASSISTANCE:** If you think you need a lawyer to help you with this problem, you may be able to get a lawyer at no cost to you by contacting your local Legal Aid Society or other legal advocate group. For the names of other lawyers, check your Yellow Pages under "Lawyers".

**ACCESS TO YOUR FILE AND COPIES OF DOCUMENTS:** To help you get ready for the hearing, you have a right to look at your case file. If you call or write to us, we will provide you with free copies of the documents from your file that we will give to the hearing officer at the fair hearing. Also, if you call, write or fax to us, we will provide you with free copies of other documents from your file that you think you may need to prepare for your fair hearing. To ask for documents or to find out how to look at your file, call us at the Record Access phone number on the front of this notice or write to us at the address on the front of this notice.

If you want copies of documents from your case file, you should ask for them ahead of time. They will be provided to you within a reasonable time before the date of the hearing. Documents will be mailed to you only if you specifically ask that they be mailed.

**INFORMATION:** If you want more information about your case, how to ask for a fair hearing, how to see your file, or how to get additional copies of documents, call us at the phone numbers on the front of this notice or write to us at the address on the front of this notice.

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punitive damages; 100% Ownership of Best Western PLUS; All other reliefs Just & Proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 04/29/2022

*Robert W. Johnson*
Robert W. Johnson
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010