# CERTIFICATE OF SERVICE BY MAIL

5:22-cv-409(LEK/ML)

**FILED** U.S. DISTRICT COURT - N.D. OF N.Y.
MAY - 2 2022
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

State of New York :

SS:

County of Jefferson :

I, Robert W. Johnson, hereby certify that I am the plaintiff herein and served a copy of the following document(s): Civil Cover Sheet, Civil Rights Complaint & IFP Application _____ (Specify document(s))

on Court Clerk; U.S. Courthouse (Name of person/Addressee)

at: 100 S. Clinton St.; Syracuse, NY 13261 (Address to which document(s)
04/29/2022 _____ were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: U.S. Courthouse; U.S. Post Office

on the following date: 04/29/2022

I certify that the foregoing is true and correct.

DATED: 04/29/2022

*Robert W. Johnson*
Signature of Plaintiff

FORM J (2)