# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Robert W. Johnson,
Plaintiff,

v.

Rodeway Inn Syracuse, et al.,
Defendants.

CASE NUMBER: 5:22-CV-396 LEAD CASE
5:22-CV-403
5:22-CV-404
5:22-CV-405
5:22-CV-406
5:22-CV-407
5:22-CV-408
5:22-CV-409
5:22-CV-410
5:22-CV-411
5:22-CV-412
5:22-CV-413
5:22-CV-414
5:22-CV-415
5:22-CV-416
5:22-CV-417
5:22-CV-418
5:22-CV-419
5:22-CV-420
5:22-CV-421

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 15 2022
AT____ O'CLOCK____
John M. Domurad, Clerk - Albany

NOTICE OF APPEAL & SUBPOENA ALL DEFENDANTS FOR PRO SE CORPORATION

I, Robert W. Johnson, reserves all rights for Appeals, sanctions, subpoenas and exhaustion of administrative remedies. Appellant requests subpoenas for all Pro Se Corporation parties involved and requests John Law, Gary L. Sharpe, John M. Domurad and Miroslav Lovric be added to Defendants for Due Process Violations and Failure To render Default Judgement against all defendants. Robert W. Johnson requests WHISTLEBLOWER probes for above-said parties and sanctions for violating the U.S. Constitutional Laws that govern society and its inhabitants.

Robert W. Johnson
Robert W. Johnson

08/03/2022

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of Notice of Appeal & Subpoena All Defendants For Pro Se Corporation on 08/03/2022 Upon:

   1. Court Clerk; U.S. Courthouse; 445 Broadway; Room 509; Albany, NY 12207.

*Robert W. Johnson*
Robert W. Johnson

ROBERT W. JOHNSON
112 COURT ST.; APT. 2
WATERTOWN, NY 13601

COURT CLERK; U.S. COURTHOUSE
445 BROADWAY; ROOM 509
ALBANY, NY 12207-2936

U.S. POSTAGE PAID
FCM LETTER
CANTON, OH
44711
AUG 10, 22
AMOUNT
$0.60
R2305K142522-36

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 15 2022
RECEIVED

12207-294899