**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of September, two thousand twenty-two,

_____

Robert W. Johnson,

    Petitioner,

v.

Best Western PLUS, Pro Se Corporation, Nikki Gardner, Pro Se Corporation Employee, Will Mawson, Pro Se Corporation Employee, Jackie Stevens, Pro Se Corporation Employee, Deborah Labadini, The Workplace, Pro se Government, Jefferson County Department of Social Services, Pro Se Government, Tracy Eveleigh, M. Burns, Kathy Hochul, Pro Se Government Employee, Robert J. Rodriguez, Pro Se Government Employee, Georgeann Stevenson, Teresa Gaffney, Pro Se Government Employee*,

    Respondent.

_____

**ORDER**
Docket No. 22-1925

On September 13, 2021 this Court entered an order in Johnson v. New York Police Department, 20-2798 requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective September 23, 2022 unless a motion seeking leave of this Court is filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/14/2022